IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-405-D

| | |
|---|---|
| COLORADO BANKERS LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| LILLY ASSET MANAGEMENT, LLC, | ) ) ) |
| Defendant. | ) ) |

The court has reviewed the record and the governing law. After considering plaintiff's motion to consolidate [D.E. 23], and plaintiff/counter-defendant's partial motion to dismiss the second and third counterclaims [D.E. 19], the motions are DENIED as meritless. Whether the counterclaims will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 20 day of July 2021.

JAMES C. DEVER III
United States District Judge